# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| BRYAN KNIGHT | CIVIL ACTION NO. 15-1808 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARK KNIGHT, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections and responses filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Complaint, First Supplemental and Amending Complaint, and Second Supplemental and Amending Complaint filed by Mark E. Knight (Record Document 52) is **DENIED**.

**IT IS FURTHERED ORDERED** that the Motion to Dismiss Original, First and Second Supplemental and Amending Complaints filed by Jason Kinch (Record Document 53) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE